UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

JOSHUA ADAMS,

                          Plaintiff,

        -against-

BEDFORD STREET, LLC, *et al.,*

                      Defendants.

------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2023

1:22-cv-10054-GHW

ORDER

GREGORY H. WOODS, District Judge:

      In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 27, 2023.  Dkt. No. 7.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than March 31, 2023.

      Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

      SO ORDERED.

Dated:  March 29, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge