# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Joshua Adams,
    Plaintiff,

vs.

BEDFORD STREET, LLC and
SNACK COMPANY BEDFORD LLC,
    Defendants.

Case No. 22-cv-10054

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AGAINST DEFENDANTS

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

March 30, 2023

Respectfully submitted,

*s/ Jennifer E. Tucek, Esq.*
Law Office of Jennifer Tucek, PC
    *Attorney for Plaintiff*
Bar No. JT2817
315 Madison Avenue, #3054
New York, N.Y. 10017
(917) 669-6991
TucekLaw@Gmail.com

Plaintiff has voluntarily dismissed this case with prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: March 31, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1